No. 304. TRADEWAYS INC. *v.* CHRYSLER CORP. C. A. 2d Cir. Certiorari denied. *W. Mahlon Dickerson* for petitioner. *Francis S. Bensel* for respondent.

No. 306. ROCHESTER GAS & ELECTRIC CORP. *v.* FEDERAL POWER COMMISSION. C. A. 2d Cir. Certiorari denied. *Edward F. Huber* and *T. Carl Nixon* for petitioner. *Solicitor General Cox, Richard A. Solomon, Howard E. Wahrenbrock, Joseph B. Hobbs* and *Josephine H. Klein* for respondent.

No. 310. PEERLESS INSURANCE Co. *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. *Morris K. Siegel* and *Murray Brensilber* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 311. POOL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Russell E. Parsons* for petitioner. *Solicitor General Cox, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 313. HAMMONS *v.* TEXAS & NEW ORLEANS RAILROAD Co. Ct. Civ. App. Tex., 12th Sup. Jud. Dist. Certiorari denied. *John P. Spiller* for petitioner. *Tom Martin Davis* for respondent.

No. 317. JAMES H. MATTHEWS & Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 3d Cir. Certiorari denied. *Nicholas Unkovic* for petitioner. *Acting Solicitor General Spritzer, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for respondent.